USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _/- 3-20_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

**ABDOULAYE TRAORE,**

                **Plaintiff,**

     **-against-**

**V. TAMOLA, ET AL.,**

              **Defendants.**

------------------------------------------------------- X

**1:16-cv-08141 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of *pro se* Plaintiff's application for the court to request counsel.

*See* ECF No. 45. Because this action was dismissed without prejudice for failure to prosecute

pursuant to Fed. R. Civ. 41(b) on December 13, 2018, Plaintiff's request is **DENIED**. *See* ECF

No. 32. However, Plaintiff may submit a new application in the related, active case *Traore v.*

*Lewis-Robinson et al*, 19-cv-06284.

**SO ORDERED.**

Dated:    **January 2, 2020**
             **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**

COPIES MAILED